**Opinion issued December 13, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-12-00122-CR

————————————————

**JAVIER RODARTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Cause No. 1768738**

---

## MEMORANDUM OPINION

Appellant, Javier Rodarte, has filed a motion to dismiss the appeal. The

motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a). We have not issued an opinion in the appeal. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).